Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

District of Georgia

Northern Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 18 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| Raymond Pirtle Jr. | Case No. 1:21-CV-2096 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | |
| Netflix, INC | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Raymond Pirtle Jr. |
| Street Address | 4232 Wieuca Overlook |
| City and County | Atlanta, Fulton County |
| State and Zip Code | Georgia, 30342 |
| Telephone Number | (718)839-0441 |
| E-mail Address | SkaterGirltheMovie@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name — NETFLIX, INC.
    Job or Title *(if known)* — Electronic Communication Service Provider
    Street Address — 100 Winchester Circle
    City and County — Los Gatos
    State and Zip Code — California, 95032
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4

    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

17 U.S. Code § 101 & 15 U.S. Code § 45

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Raymond Pirtle Jr., is a citizen of the State of *(name)* Georgia.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.    If the defendant is a corporation

The defendant, *(name)* Netflix, Inc. , is incorporated under the laws of the State of *(name)* Delaware , and has its principal place of business in the State of *(name)* California .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount the plaintiff seeks for the defendants plagiarization of The Works and use of unfair buisness practices under 17 U.S. Code § 101, 15 U.S. Code § 45 and California Unfair Competition Law, Business and Professions Code § 17200 is $79,222.00 USD in total.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

The events occurred nationally and internationally via the internet and on site at various Netflix offices.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

The events occurred from aproximately January 1, 2021 to the present date. The events are also continually happening and will continue in perpetuity unless an injunction is approved.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The Defendant, NETFLIX, INC. has continually made unauthorized usage of my copyrighted and trademarked works entitled "Skater Girl (2021) & "Skater Girl™ aka Sk8r Grrl™" (the "Works"). I have reserved all rights in the Work, which was first published on August 17, 2012 in New York City, USA. The Skater Girl™ movie brand is an internationally recognized film series, forthcoming feature film, multimedia application, clothing line, NFT application, music score and merchandise line.

The Defendant's work entitled "Skater Girl (2021)", which appears on the website known as IMDB.com, Youtube.com & other websites, is essentially identical to the Works and clearly used the Works as its basis as it is also listed on IMDB.com as "Skater Girl (2021)". My works, pronounced phonetically by the public as "Skater Girl" and written as "Skater Girl™ with a logo version tittled "Sk8r Grrl™", share the same likeness as the Netflix film. The Defendant recently changed the name of a 2020 Indian film called "Desert Dolphin", directed by Manjari Makijany, to the name "Skater Girl" around or during the month of January of 2021 upon its acquisition of the film. Further more The Defendant's work entitled "Skater Girl (2021)" is set to be released on June 11, 2021 which is the exact same year and month of my film "Skater Girl (2021)", the works, which were already publically posted to be released by IMDB on June 22, 2021. Prior to and immediately after a cease and desist was oringinally sent to the Defendant on March 14, 2021 to hault their plagiarization of the Works, the Defendant had not publically posted a release month. Less than a few days after the Defendant's retainer, Jarin Jackson, contacted us about the Defendant's non-compliance, the Defendant proceeded to announce the release date of their film as being June 11, 2021; a date that is 11 days before the release of the Works. It is for this reason that the Defendant has breached California Unfair Competition Law, Business and Professions Code § 17200 by engaging in unfair business practices using the 'first mover advantage' theory & other methods to eclipse & potentially nullify their competition as well as serving to block the Works from entering the film industry marketplace.

The Defendant neither asked for nor received permission to use the Works as the basis for "Skater Girl (2021)" nor to advertise, post, make, sell or distribute copies of it. Therefore, I believe the Defendant has willfully infringed my rights under 17 U.S. Code § 101, 15 U.S. Code § 45 and could be liable for statutory damages as high as $150,000 as set forth in Section 504(c)(2) of 17 U.S. Code § 101 therein.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Plaintiff's Skater Girl™ movie brand has incurred irreparable damage due to the exploits of the Defendant. Plaintiff's request for an injunction on the use of his brand's name and likeness would hault future damage of his brand since Skater Girl™ (2021) is an internationally recognized film series, forthcoming feature film, multimedia application, clothing line, NFT application, music score and merchandise line. Monetary damages cannot be accurately calculated due to the fact that the Defendant's plagiarizatoin and unfair business practices affects the current and the future success of Plaintiff's brand. Thus the future effects of the defendant's exploits against the Plaintiff cannot be fully determined making them incalculable. Without the injunction on the name Skater Girl (2021), monetary compensation alone would inherently fail to cover the future intangible damages to the Plaintiff's brand & business.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Due to the nature of the Defendants plagiarization of the Works along with their violation of California Unfair Competition Law, Business and Professions Code § 17200 and 15 U.S. Code § 45, Plaintiff requests an injunction on the Defendants use of the name "Skater Girl (2021)" in perpetuity on all platforms both physical and digital. Plaintiff additoinally requests damages for the Defendant's plagiarazation of the Works, unfair business practices and legal fees.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-18-2021

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Raymond Pirtle Jr.

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

| | |
|---|---|
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

Raymond Pirtle Jr.
Skater Girl™ & Sk8r Grrl™
4232 Wieuca Overlook
Atlanta, GA 30342
(718) 839-0441

    Raymond Pirtle Jr., being duly sworn, deposes and says:
    I have read the foregoing affirmation and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.

_____
Raymond Pirtle Jr.
Plaintiff

Sworn to me this 18th day of May, 2021

_____
NOTARY PUBLIC

[Notary Seal: CHARNIECE KANAE BELT, NOTARY PUBLIC, FULTON COUNTY, GEORGIA, Exp. May 3, 2025]